AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00638 |
| GILBERT FONTICOBA | ) Assigned To : Kelly, Timothy J. |
|  | ) Assign. Date : 10/22/2021 |
|  | ) Description: Indictment (B) |
| Defendant | ) Related Case: 21-cr-175 & 21-cr-378 (TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GILBERT FONTICOBA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §231(Civil Disorder)
18 U.S.C. §1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. §7152(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. §7152(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 10/22/2021

G. Michael Harvey, U.S. Magistrate Judge
*Issuing officer's signature*

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.10.22 15:02:12 -04'00'

City and state: Washington D.C.

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/22/2021, and the person was arrested on *(date)* 10/26/2021
at *(city and state)* Miami Florida.

Date: 10/26/2021

TFO R_____
*Arresting officer's signature*

TFO Robert Fiumefreddo
*Printed name and title*

FILED BY KS D.C.
Oct 26, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. |
| | : | |
| GILBERT FONTICOBA, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| Defendant. | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 231(a)(3), 2 |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | Capitol Building) |

**INDICTMENT**

Case: 1:21-cr-00638
Assigned To : Kelly, Timothy J.
Assign. Date : 10/22/2021
Description: Indictment (B)
Related Case: 21-cr-175 & 21-cr-378 (TJK)

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia and elsewhere, **GILBERT FONTICOBA** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **GILBERT FONTICOBA** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, officers from the United States Capitol Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3) and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **GILBERT FONTICOBA** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **GILBERT FONTICOBA** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-

elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **GILBERT FONTICOBA** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **GILBERT FONTICOBA** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GILBERT FONTICOBA<br><br>_Defendant_ | Case: 1:21-cr-00638<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 10/22/2021<br>Description: Indictment (B)<br>Related Case: 21-cr-175 & 21-cr-378 (TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ GILBERT FONTICOBA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §231(Civil Disorder)
18 U.S.C. §1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. §7152(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. §7152(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 10/22/2021

City and state: Washington D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Issuing officer's signature_

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.10.22 15:02:12 -04'00'

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |

# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor    Date: 10/26/2021   Time: 1:30 p.m.

Defendant: __GILBERT FONTICOBA__   J#: __71241-509__   Case #: __21-mj-4099-McAliley (SEALED)__

AUSA: __Yara Klukas__   Attorney: __AUBERY WEBB (Temp)__

Violation: Warr/D/DC/Indictment/Civil disorder/Obstruction of an official proceeding   Surr/Arrest Date: 10/26/2021   YOB: 1974

Proceeding: __Initial Appearance__   CJA Appt: ____

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: ____

Bond Set at: __Stip 100k PSB__   Co-signed by: ____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services    __No controlled substances unless prescribed by MD.__
      Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: __SD/FL  District of Columbia__
- [x] Other: __Stay away from DC unless approved by PTS for court case__

Language: __English__

Disposition:
- Def advised of rights/charges.
- Def consents to VTC.
- Order to unseal case. -granted.
- Def waived removal on the record.
- Stip - 100k PSB
- Def ordered removed to D/DC
- *Def to be released Bond papers due by 10/28
- Brady given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. __13:33:40 / 13:47:11__   Time in Court: __22 mins__

s/Chris M. McAliley
Magistrate Judge

* Must appear at arraign. at DC on 11/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-mj-4099-McAliley

United States of America
    Plaintiff,

v.

GILBERT FONTICOBA,
    Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the **DISTRICT OF DISTRICT OF COLUMBIA**, an Indictment was filed against the above-named defendant on a charge of **Civil disorder/obstruction of an official proceeding**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Chris M. McAliley at Miami, Florida, which officially committed the defendant for removal to the **DISTRICT OF DISTRICT OF COLUMBIA**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Chris M. McAliley for removal and posted bail in the amount of $ 100K PSB which was approved by the United States Magistrate Judge Chris M. McAliley, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 1/26/2021.

_____
Chris M. McAliley
United States Magistrate Judge

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-04099-CMM-1

| | |
|---|---|
| Case title: USA v. Fonticoba | Date Filed: 10/26/2021 |
| Other court case number: 21-CR-638 District for the District of Columbia | |

Assigned to: Magistrate Judge Chris M. McAliley

**Defendant (1)**

| | | |
|---|---|---|
| Gilbert Fonticoba<br>71241-509 | represented by | **Aubrey Quinton Webb**<br>Law Offices of Aubrey Webb, P.A.<br>55 Merrick Way, Suite 212<br>Coral Gables, FL 33134<br>305-461-1116<br>Fax: 305-461-6446<br>Email: breywebb@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Warr/D/DC/Indictment/Civil disorder/Obstruction of an official proceeding | |

**Plaintiff**

| | |
|---|---|
| USA | represented by **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2021 | 1 | Magistrate Removal of Indictment from District for the District of Columbia Case number in the other District 21-CR-638 as to Gilbert Fonticoba (1). (kss) (Entered: 10/26/2021) |
| 10/26/2021 | 2 | ORDER UNSEALING CASE as to Gilbert Fonticoba. Signed by Magistrate Judge Chris M. McAliley on 10/26/2021. *See attached document for full details.* (cg1) (Entered: 10/27/2021) |
| 10/26/2021 | 3 | Minute Order for Zoom proceedings held before Magistrate Judge Chris M. McAliley: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Gilbert Fonticoba held on 10/26/2021. Defendant consented to video appearance. Case unsealed. Bond recommendation set: Gilbert Fonticoba (1) Stipulated $100K PSB. Date of Arrest or Surrender: 10/26/21. Defendant waived removal and Ordered removed to the District of Columbia. Attorney added: Aubrey Quinton Webb for Gilbert Fonticoba (Digital 13:33:40/13:47:11) Signed by Magistrate Judge Chris M. McAliley on 10/26/2021. (sl) (Entered: 10/27/2021) |
| 10/27/2021 | 4 | NOTICE OF ATTORNEY APPEARANCE: Aubrey Quinton Webb appearing for Gilbert Fonticoba (Webb, Aubrey) (Entered: 10/27/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2021 13:37:28 | | | |
| **PACER Login:** | NadiaMoore | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-04099-CMM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |