NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number 1:21-cr-00638

**GILBERT FONTICOBA**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

/s/ Charles Haskell
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Charles Haskell 888304007
*(Attorney & Bar ID Number)*

Law Offices of Charles R. Haskell, Esq.
*(Firm Name)*

641 Indiana Ave. NW
*(Street Address)*

Washington, DC 20004
*(City)        (State)        (Zip)*

202-888-2728
*(Telephone Number)*