IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GILBERT FONTICOBA

DEFENDANT.

Case No. 1:21-cr-00638
Judge Timothy J. Kelly

## DECLARATION OF AUBREY WEBB
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Aubrey Webb, hereby declare:

1. My full name is Aubrey Quinton Webb;

2. My office address and telephone number:
   55 Merrick Way, Suite 212
   Coral Gables, FL 33134
   (786) 302-0928

3. I have been admitted to the following courts and bars: Florida Bar, United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Eleventh Circuit.

4. I certify that I have not been disciplined by any bar and I am in good standing with all bars to which I am admitted.

5. I have been admitted *pro hac vice* once in this Court within the last two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, Florida this 28 day of October, 2021.

Respectfully submitted,

*/s/ Aubrey Webb*