IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GILBERT FONTICOBA**<br><br>        **DEFENDANT.**<br>_____/ | **Case No. 1:21-cr-00638**<br>**Judge Timothy J. Kelly** |

**[PROPOSED] ORDER**

This matter having come before this Court on a Motion for Admission *Pro Hac Vice* and,

**IT APPEARING TO THE COURT THAT:**

Mr. Aubrey Webb meets all the requirements of LCrR 44.1 (d), is a member in good standing of the Florida Bar, the U.S. District Court for the Southern District of Florida, and the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Mr. Aubrey Webb be permitted to serve as *pro hac vice* counsel for the defendant Gilbert Fonticoba in the above-captioned matter.

**SO ORDERED.**


_____                                       _____
     Date                                                             Timothy J. Kelly
                                                                    United States District Judge