AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00638 |
| GILBERT FONTICOBA | ) Assigned To : Kelly, Timothy J. |
| | ) Assign. Date : 10/22/2021 |
| | ) Description: Indictment (B) |
| _Defendant_ | ) Related Case: 21-cr-175 & 21-cr-378 (TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  GILBERT FONTICOBA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §231(Civil Disorder)
18 U.S.C. §1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. §7152(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. §7152(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 10/22/2021

G. Michael Harvey, U.S. Magistrate Judge
_Issuing officer's signature_

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.10.22 15:02:12 -04'00'

City and state: Washington D.C.

_Printed name and title_

### Return

This warrant was received on _(date)_ 10/22/2021, and the person was arrested on _(date)_ 10/26/2021
at _(city and state)_ Miami, Florida

Date: 10/26/2021

TFO Ra[signature]
_Arresting officer's signature_

TFO Robert Frumefreddo
_Printed name and title_