UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 21-CR-638

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Gilberto Fonticoba,**

**Defendant.**
_____/

## DEFENDANT'S CONSENTED TO MOTION TO RESET THE STATUS HEARING DATE

COMES NOW, the Defendant, Gilberto Fonticoba, and files his Motion to Reset the Status Hearing set for November 10, 2021, and states the following grounds:

## GROUNDS

1. This case is set for a status hearing on November 10, 2021.

2. Counsel respectfully moves to reset the status hearing date; and counsel's understanding is that Monday, November 9, 2021 at 2 PM is open.

3. Counsel certifies he has conferred with AUSA N. Moore as to the Government's position, and the Government consents to this motion.

WHEREFORE, Mr. Fonticoba respectfully moves this Court to reset the status hearing to November 8, 2021.

Respectfully submitted,

**/s/Aubrey Webb**_____

Law Offices of Aubrey Webb

55 Merrick Way, Suite 212

Coral Gables, Florida 33134

305-461-1116

Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell**_____

Law Offices of Charles R. Haskell

641 Indiana Ave. N.W.,

Washington D.C. 20004

202-888-2728

Email: Charles@CharlesHaskell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 5th of November 2021.

/s/Aubrey Webb