# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No: 21-CR-638 (TJK) |
| : | |
| **GILBERT FONTICOBA,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF FILING OF DISCOVERY CORRESPONDENCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby files its November 5, 2021 letter, providing an update on the status of discovery in this case, which is served as an attachment via ECF on counsel for Defendants.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  /s/ Nadia E. Moore
Nadia E. Moore
Assistant United States Attorney (Detailee)
NY Bar No. 4826566
555 4th Street, N.W.
Washington, D.C. 20001
(718) 254-6362
nadia.moore@usdoj.gov