UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 21-CR-638

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Gilberto Fonticoba,**

**Defendant.**
**_____/**

## DEFENDANT'S NOTICE OF FILING SIGNED ACCEPTANCE OF THE PROTECTIVE ORDER

COMES NOW, the Defendant, Gilberto Fonticoba, and submits his Notice of Filing the Signed Acceptance of the Protective Oder and states the following:

Defendant Fonticoba's signed acceptance of the subject discovery protective order is attached here as "Attachment A."

Respectfully submitted,

**/s/Aubrey Webb_____**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

**/s/Charles R. Haskell_____**
Law Offices of Charles R. Haskell
641 Indiana Ave. N.W.,
Washington D.C. 20004

202-888-2728
Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 8th of November 2021.

/s/Aubrey Webb