UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Case No. 21-CR-638

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Gilberto Fonticoba,**

**Defendant.**
_____/

## **DEFENDANT'S CONSENTED TO MOTION TO RESET THE STATUS HEARING DATE**

COMES NOW, the Defendant, Gilberto Fonticoba, and files his Motion to Reset the Status Hearing set for May 10, 2022, and states the following grounds:

## **GROUNDS**

1. This case is set for a status hearing on May 10, 2022.

2. Counsel respectfully moves to reset the status hearing date by 90 days. Discovery has been ongoing, and the Government is continuing to provide discovery. And the Defense needs to time to review this voluminous discovery.

3. Counsel certifies he has conferred with AUSA N. Moore as to the Government's position, and the Government consents to this motion.

WHEREFORE, Mr. Fonticoba respectfully moves this Court to reset the status hearing for 90 days.

Respectfully submitted,

**/s/Aubrey Webb**

Law Offices of Aubrey Webb

55 Merrick Way, Suite 212

Coral Gables, Florida 33134

305-461-1116

Email:  aubrey@aqwattorney.com


**/s/Charles R. Haskell**

Law Offices of Charles R. Haskell

641 Indiana Ave. N.W.,

Washington D.C. 20004

202-888-2728

Email: Charles@CharlesHaskell.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia,

333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 9th of May 2022.

/s/Aubrey Webb