UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-638 (TJK) |
| v. | : | |
| | : | |
| GILBERT FONTICOBA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel. Trial Attorney Ashley Akers should replace AUSA Nadia Moore as counsel on the case, and AUSA Moore should be removed from the case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Ashley Akers*
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney (Detailed)
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20001
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov