# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GILBERT FONTICOBA,

*Defendant*.

Criminal Action No. 21-638 (TJK)

## SCHEDULING ORDER

Upon consideration of the parties' joint proposal for a scheduling order, it is hereby **ORDERED** that:

1. By May 19, 2023: (a) the United States shall notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); and (b) Defendant shall notify the United States of his intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3;

2. By June 30, 2023, each party shall disclose to opposing counsel a written summary of any testimony that the party intends to use under Federal Rules of Evidence 702, 703, or 705;

3. The parties shall file any pretrial motions, including motions to suppress and motions *in limine*, by August 11, 2023; oppositions to the motions shall be filed by September 8, 2023; and replies shall be filed by September 15, 2023;

4. The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by September 22, 2023;

2

5.  The parties shall appear for a motions hearing and pretrial conference on October 6, 2023, at 10:00 a.m. in Courtroom 11; and

6.  Jury selection and trial shall commence on October 23, 2023, at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 6, 2023

Attachment A

The Joint Pretrial Statement shall include the following:

a. A one-paragraph joint statement of the case for the Court to read to prospective jurors;

b. Proposed *voir dire* questions that include:
   i. The *voir dire* questions on which the parties agree; and
   ii. The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c. Proposed jury instructions, which are formatted so that each instruction begins on a new page, and indicate:
   i. The instructions to which the parties agree;
   ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
   iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d. A list of expert witnesses, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e. A list of prior convictions that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f. A list of exhibits that the government intends to offer during trial, with a brief description of each exhibit;

g. Any stipulations executed or anticipated to be executed;

h. A list of lesser included offenses for which any party may seek a jury instruction; and

i. A proposed verdict form that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).