UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  No. 21-CR-638 (TJK) |
| | : |
| GILBERT FONTICOBA, | : |
| Defendant. | : |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANT FONTICOBA'S MOTION FOR BILL OF PARTICULARS**

On June 27, 2023, Defendant Fonticoba filed a motion for a Bill of Particulars. The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests a one-week extension to respond to the Defendant's motion such that the Government's response is due July 18, and the Defendant's reply is due July 25. Good cause supports this request, as undersigned counsel is in trial in *United States v. Quaglin, et al.*, 21-cr-40 (TMM).

Government counsel contacted counsel for Defendant Fonticoba on July 10, and counsel for Defendant Fonticoba advised that he does not oppose the motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By: */s/ Ashley Akers*
Ashley Akers
Jason B.A. McCullough
Assistant United States Attorneys
NY Bar No. 4826566
601 D Street, N.W.
Washington, D.C. 20530
(202) 353-0521
Ashley.Akers@usdoj.gov