UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | No. 21-CR-638 (TJK) |
| : | |
| GILBERT FONTICOBA,  : | |
| : | |
| Defendant.  : | |

**JOINT STATUS REPORT**

The parties jointly file this status report in accordance with this Court's February 2, 2023 Order. The parties report the following:

The parties are preparing for a jury trial – set to commence on October 23, 2023 – in accordance with this Court's March 6, 2023 Scheduling Order, ECF No. 30. All pretrial motions will be fully briefed by September 15, 2023, and the parties will submit a joint pretrial statement no later than September 22, 2023. *See* ECF No. 30.

The parties jointly request that the Court exclude the time between August 4, 2023 and the date of trial, October 23, 2023, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A). Specifically, the time should be excluded based on the parties' needs for to prepare for trial.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    */s/ Ashley Akers*
    ASHLEY AKERS
    MO Bar #69601

                    Trial Attorney
                    United States Attorney's Office
                    601 D Street, N.W.
                    Washington, DC 20530
                    Phone: (202) 353-0521
                    Email: Ashley.Akers@usdoj.gov

By:    */s/ Jason McCullough*
           JASON B.A. MCCULLOUGH
           D.C. Bar No. 998006
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C. 20530
           Phone: (202) 252-7233
           Email: jason.mccullough2@usdoj.gov

           Counsel for the United States


/s/ Aubrey Webb
Aubrey Webb
LAW OFFICES OF AUBREY Q. WEBB, P.A.
55 Merrick Way
Suite 212
Coral Gables, FL 33134
(305) 461-1116
Email: breywebb@yahoo.com

Counsel for the Defendant