UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CASE NO.: 21-CR-638

Gilberto Fonticoba,

        Defendant.
_____/

### DEFENDANT'S AMENDED UNOPPOSED MOTION FOR AN EXTENSION TO FILE HIS OPPOSITION BRIEF TO THE GOVERNMENT'S MOTION IN LIMINE

COMES NOW, the Defendant, Gilbert Fonticoba, and files this Unopposed Motion For An Extension To File His Opposition Brief to the Government's Motion in Limine, and states the following grounds:

### GROUNDS

1. Mr. Fonticoba's opposition brief to the Government's Motion in Limine is due on September 8, 2023. Likewise, the Government's opposition brief to Mr. Fonticoba's Motion in Limine is also due on that same date, pursuant to this Court's scheduling order.

2. Mr. Fonticoba respectfully requests a 7-day extension to file his brief, which makes it due on September 15, 2022.

3. Counsel certifies he has conferred with the Government as to their

1

position, and the Government does not oppose this motion provided the Government receives the same extension.

WHEREFORE, Mr. Fonticoba respectfully moves this Court for a seven (7) day extension for both parties to file their opposition briefs as described above.

Respectfully submitted,

**/s/Aubrey Webb**_____
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this September 8, 2023.

/s/Aubrey Webb