UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          CASE NO.: 21-CR-638

  Plaintiff,

vs.

Gilberto Fonticoba,

  Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE HIS OPPOSITION BRIEF TO THE GOVERNMENT'S MOTION IN LIMINE

COMES NOW, the Defendant, Gilbert Fonticoba, and files this Unopposed Motion For An Extension To File His Opposition Brief to the Government's Motion in Limine, and states the following grounds:

## GROUNDS

1.  Mr. Fonticoba's opposition brief to the Government's Motion in Limine is due on September 15, 2023. Likewise, the Government's opposition brief to Mr. Fonticoba's Motion in Limine is also due on that same date.

2.  Mr. Fonticoba respectfully requests the Court grant an indefinite extension, as the parties work toward a resolution of this matter; should that trajectory change, the parties will promptly inform the Court.

3.  Counsel certifies he has conferred with the Government as to their

1

position, and the Government does not oppose this motion provided the Government receives the same extension.

WHEREFORE, Mr. Fonticoba respectfully moves this Court for an indefinite extension for both parties to file their opposition briefs as described above.

Respectfully submitted,

**/s/Aubrey Webb**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this September 15, 2023.

/s/Aubrey Webb