UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-638 |
| v. : | |
| : | |
| GILBERT FONTICOBA, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Gilbert Fonticoba, through his attorney, Aubrey Webb, (altogether, the "parties") file this Joint Status Report in response to the Court's Minute Order of September 18, 2023.

The parties have reached agreement on a stipulated set of facts, and the parties have agreed to proceed with a bench trial with stipulated facts on Counts One and Two of the Indictment in lieu of a jury trial. The parties request that the Court convert the pre-trial conference on October 6, 2023, to a bench trial with stipulated facts to resolve this matter. The parties further respectfully request that the Court vacate the October 23, 2023, jury trial date and continue all other pre-trial deadlines.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Jason McCullough
JASON B.A. MCCULLOUGH
NY Bar No. 4544953
ASHLEY AKERS
MO Bar #69601
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530

(202) 252-7233 //
Jason.McCullough2@usdoj.gov

2