**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-cr-638 (TJK)** |
| | : | |
| **v.** | : | |
| | : | |
| **GILBERT FONTICOBA,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**JOINT STATEMENT OF ELEMENTS AND FACTS FOR STIPULATED TRIAL**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, defendant Gilbert Fonticoba, by and through his counsel, Aubrey Webb, hereby submit the Elements and Statement of Facts for Stipulated Trial as to Counts 1 and 2 of the Indictment (ECF 1).

**I.      Elements**

      *A.  Count One: 18 U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding*

The essential elements of the offense of obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), each of which the government must prove beyond a reasonable doubt, are as follows:

1. The defendant attempted to or did obstruct or influence or impede an official proceeding;

2. The defendant intended to obstruct or influence or impede the official proceeding;

3. The defendant acted knowingly, with awareness that the natural and probable effect of his or her conduct would be to obstruct or influence or impede the official proceeding; and

4. The defendant acted corruptly.

The term "official proceeding" includes a proceeding before Congress.

The government further alleges that the defendant aided and abetted others in committing obstruction of an official proceeding. To satisfy its burden of proving that the defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. At least one other person committed obstruction of an official proceeding by committing each of the elements of that offense;

2. The defendant knew that obstruction of an official proceeding was going to be committed or was being committed by at least one other person;

3. The defendant performed an act or acts in furtherance of the offense;

4. The defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging at least one other person in committing the offense of obstruction of an official proceeding; and

5. The defendant did that act or acts with the intent that at least one other person commit the offense of an obstruction of an official proceeding.

### B.  Count Two: 18 U.S.C. § 231(a)(3), Civil Disorder

The essential elements of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3), each of which the government must prove beyond a reasonable doubt, are:

1. The defendant knowingly committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

2. At the time of defendant's actual or attempted act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

3. The civil disorder in any way or degree obstructed, delayed, or adversely affected either commerce or the movement of any article in commerce or the conduct or performance of any federally protected function.

The government further alleges that the defendant aided and abetted others in committing interference with law enforcement during a civil disorder. To satisfy its burden of proving that the defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. At least one other person committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers;

2. The defendant knew that the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder;

3. The defendant performed an act or acts in furtherance of the offense; and

4. The civil disorder in any way or degree obstructed, delayed, or adversely affected either commerce or the movement of any article in commerce or the conduct or performance of any federally protected function.

## **STATEMENT OF OFFENSE**

If the case proceeded to trial, the defendant agrees the government would have elicited the following evidence:

### *The Transfer of Presidential Power in the United States*

1. The 2020 United States Presidential Election occurred on November 3, 2020. As of November 7, 2020, the incumbent President Donald J. Trump was projected to have lost the Presidential Election.

2. The United States Constitution and federal statutes codify the procedures and dates governing the transfer of presidential power in the United States. The Twelfth Amendment requires presidential electors to meet in their respective states and certify "distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each."

3. On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next President and Vice President of the United States.

4.      The Twelfth Amendment also requires that the Vice President "shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted." Title 3, Section 15 of the United States Code provides that the United States Congress must convene during a joint session proceeding ("the Joint Session") at 1:00 p.m. "on the sixth day of January succeeding every meeting of the electors," with the Vice President presiding, to count the electoral votes, resolve any objections, certify their validity, and announce the result ("Certification of the Electoral College vote").

### The Attack at the U.S. Capitol on January 6, 2021

5.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police ("USCP"). Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

6.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7.      On January 6, 2021, a Joint Session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the Joint Session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The Joint Session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the Joint Session, and then in the Senate chamber.

8.      As the proceedings continued in both the House and the Senate, and with Vice President

Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and USCP were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

9.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the USCP, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP Officers or other authorized security officials.

10.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

11.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the Joint Session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant

had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

12.     The attack at the U.S. Capitol adversely affected the United States Secret Service, which was protecting Vice President Michael Pence, and the United States Capitol Police's protection of the Capitol and its occupants.  It also affected commerce within the District of Columbia.

13.     The attack at the U.S. Capitol was a "civil disorder" as defined in 18 U.S.C. § 232(1).

### *Gilbert Fonticoba*

14.     Gilbert Fonticoba is a 49-year-old resident of Florida. Since at least as early as 2019, Fonticoba has been a member of the Proud Boys organization.

15.     The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

16.     Through at least January 6, 2021, Enrique Tarrio was the national chairman of the Proud Boys organization. Throughout the United States, there are local Proud Boys chapters, which are typically led by chapter "presidents." Each chapter has a degree of autonomy insofar as the president of a local chapter governs that chapter in its geographic location.

17.     As of January 6, 2021, Fonticoba was a member of the "Vice City" chapter of the Proud Boys, which chapter was based in Miami, Florida. The president of the Vice City chapter

was Enrique Tarrio, and Fonticoba was both a member of Tarrio's chapter and a personal acquaintance of his.

### Gilbert Fonticoba's Statements About the Stolen Election and Understanding of the Official Proceeding at the United States Capitol on January 6, 2021

18.     In the period between the November 3, 2020 U.S. Presidential Election and January 6, 2021, Fonticoba made a number of posts on Parler and Telegram reflecting his belief that the Presidential Election had been "stolen," his knowledge about the Certification process, and his intent to stop that process.

19.     Parler is a social media site that functions like the platform formerly known as Twitter. Users create an account on Parler. From that account a user can, among other things, post public messages, "upvote" other users' public posts to express agreement, and comment on other users' public posts. Posts on Parler can include text, images, and video content.

20.     Fonticoba had an account on Parler in 2020 and 2021. In his public facing "bio" section on the Parler website as of January 6, 2021, Fonticoba provided the following description, "I'm a Western Chauvinist & I Refuse to Apologize for Creating the Modern World. #UHURU #ProudBoys👌 4° Patriot Vice-City 4° Fighting to save America from falling to Communist #NoCommunist #2A[.]" Among other accounts, Fonticoba followed the accounts of the Proud Boys and Enrique Tarrio on Parler. "UHURU" is a slogan used by Proud Boys members as is the okay symbol "👌". Fonticoba's reference to "4°" is a reference to his being a "Fourth Degree" member of the Proud Boys, which is the organization's highest level of membership.

21.     On November 7, 2020, the day that major media outlets began to report that Joseph Biden had won the 2020 Presidential Election, Fonticoba posted "Voter Fraud #StopTheSteal" on Parler.

22.     On November 9, 2020, Fonticoba posted on Parler an image of a flier for the "Million MAGA March" in Washington, D.C. on November 14. Fonticoba also posted, "Joe Biden is not the president and the media is nobody to declare him the president!"

23.     On November 10, 2020, Enrique Tarrio posted a message on Parler that read, "Let's rock… #StopTheSteal" and Fonticoba upvoted the comment.

24.     On November 13, 2020, Fonticoba posted a message on Parler stating that he was "Heading to DC" and posted a picture of himself with Enrique Tarrio and other members from the Vice City chapter of the Proud Boys in front of a private jet.



25.     On November 14, 2020, Fonticoba upvoted Enrique Tarrio's post on Parler that read, "Tonight we don't sleep...Tonight we keep our enemies awake. Tonight we become nightmares."

26.     Shortly after midnight on November 14-15, 2020, Fonticoba commented on the violence that had taken place on the streets of Washington, D.C. between the Proud Boys and counter-protestors. Fonticoba posted a message that read, in part, "some of them got their heads caved in tonight they paid we took care of it[.]"

27.     On November 16, 2020, Fonticoba posted the following image on Parler:



28.     On November 17, 2020, Fonticoba posted a flier for a "March for Trump" in Washington, D.C. on December 12, 2020, along with a caption that read, "#March4Trump #Trump2020 #StopTheSteal[.]"

29.     On November 21, 2020, Fonticoba posted a picture of himself in Washington, D.C. from the rally on November 14, 2020. Fonticoba captioned the picture, "[v]ictory cigar after we kicked on Antifa ass #ProudBoysDidNothingWrong"

30.     On November 22, 2020, Fonticoba upvoted a post by another user on Parler that read: "President Trump is the commander in chief of the military......I'd like to see him overturn the Democrat election fraud legally, but I might also enjoy seeing him declare martial law and send that military to crush the leftist coup......"

31.     On November 25, 2020, Fonticoba upvoted a post on Parler by a Proud Boys member named Jeremy Bertino that read, in part: "The deep state has declared a war on freedom by attempting to steal this election effectively silencing the people's voices. We will form the greatest army of patriots the world has ever seen. We will march to your gates and we will take this country back from the evil, globalist empire."

32.     On November 25, 2020, Fonticoba made a post on Parler that read "StopTheSteal" along with a picture indicating that the "office of the president elect" does not exist.

33.     On November 29, 2020, Fonticoba posted a message on Parler that read "Breaking GA / PA Confirm Election Fraud - Move To Overturn Biden HOAX Victory http://banned.video/watch?id=5fc30b7097895a54678ca205."

34.     On November 29, 2020, Fonticoba upvoted a post on Parler by a Proud Boys member named Jeremy Bertino that read, in part: "The GOP has COMPLETELY sold you out. Senators, governors, congressmen and judges have ALL been bought and paid for. [. . .] As Americans we cannot stand idly by and watch this happen. Revolution is imminent. We must protect our future generations from this system that has chosen power and money over public service. Stand now or kneel forever. RISE UP. DEC 12th."

35.     On December 11, 2020, Fonticoba posted a picture of himself with Tarrio and other Vice City Proud Boys along with a caption that said, "We're in DC."

36.     On December 16, 2020, Fonticoba posted a picture of himself in Washington, D.C. along with the caption, "#proudboysdidnothingwrong"



37.    On December 18, 2020, Fonticoba upvoted another Parler user's post that called on individuals to "FIGHT for the integrity of our republic" and stated, in part: "Congress will be meeting on January 6th to confirm the electoral college votes, MANY of which are being rightfully CONTESTED. It is up to the president of the senate (Vice President Pence) to ultimately decide what to do about dueling electors from several key swing states. Let's make not only our voices heard, but our PRESENCE FELT as well! If this fraud is allowed to stand, it will spell the complete destruction and end to our great republic, and life as we know it. PATRIOTS RISE!!"

38.    On December 22, 2020, Fonticoba, posted the following picture which advertised a March on Congress at the U.S. Capitol on January 6, on Telegram.



39.     On December 26, 2020, Fonticoba posted a link to a YouTube video entitled "Trump's BIG PLAN Targeting January 6th Deadline Picks Up STEAM.  Tons Of GOPers Get ON BOARD To FIGHT" on Telegram.

40.     On December 28, 2020, Fonticoba posted a link to an article on Telegram, which post has been reproduced below. Fonticoba's post included text that stated that a member of the House of Representatives intended to challenge the "Electoral College Votes" on January 6, 2021.



Fonticoba also posted a substantially similar message on Parler.

41.     On Sunday, January 3, 2021, Fonticoba posted a link on Telegram to a news article entitled "GOP senators want election commission similar to what decided disputed 1876 race." Fonticoba's post included text that read, in part "Several Republican senators are vowing to challenge electoral votes in the 2020 presidential election from several battleground states when the votes are formally counted at a Joint Session of Congress on Wednesday, with the hopes of establishing a commission to determine who gets the votes."

42.     On January 6, 2021, at approximately 1:38 a.m. Fonticoba publicly reposted a message from then-President Donald J. Trump that read, "If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect & even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!"

### Fonticoba's Preparation to Return to Washington, D.C. on January 6

43.     During the rally on December 12, 2020, several Proud Boys were involved in an altercation in which Proud Boys members were injured, including a knife wound suffered by Proud Boys member, Jeremy Bertino. Certain members of the Proud Boys, including Fonticoba, expressed outrage at law enforcement in Washington, D.C. that the person who had stabbed Bertino had not been arrested. In a private message with other Vice City Proud Boys, Fonticoba wrote, in part, "they let that faggit go and he is not going to serve a day […] [the] POS stabbed my brother almost killed him and he gets to walk away[.]"

44.     Also while in Washington, D.C. on December 12, 2020, a group of Proud Boys that included Enrique Tarrio participated in the theft and destruction of a banner that read, "#BLACKLIVESMATTER," which banner was property of Asbury United Methodist Church in Washington, D.C. On December 17, 2020, Tarrio posted a message on Parler in which he admitted that he was the "person responsible for the burning" of the banner. Tarrio claimed that he took

action because he would not "standby and watch [BLM] burn another city." Tarrio ended his message by taunting law enforcement: "Come get me if you feel like what I did was wrong. We'll let the public decide." Fonticoba upvoted Tarrio's post on Parler.

45.     On December 19, 2020, former President Trump announced plans for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, which date coincided with Congress's Certification of the Electoral College vote. Tarrio and a handful of other members of the Proud Boys created a new chapter for the Proud Boys that would consist of members from across the country. The new chapter was referred to as the Ministry of Self Defense or MOSD ("MOSD"). Tarrio described the MOSD as a "national rally planning" chapter that would include only "hand selected members."

46.     On December 27, 2020, Fonticoba was invited to join the MOSD by Tarrio. Prior to joining the MOSD, Fonticoba completed a form in which he affirmed that: (1) everything spoken within the chapter would "remain private", (2) he was willing to provide "full cooperation with leadership" of the MOSD, (3) he would always "act in self defense," and (4) he would "Fit In or Fuck Off." Fonticoba understood that "leadership" of the MOSD included Tarrio, Ethan Nordean, and Joe Biggs.

47.     In messages exchanged among members of the MOSD on Telegram, members discussed the potential for violence at the Capitol on January 6.

48.     On January 3, 2021, the following exchange took place in the "Ministry of Self-Defense – MAIN":

Gabriel PB:      1776 flag flying over the White House last night.

The Vidivic:     ?

John Rackham:  Gonna be war soon ……

Gabriel PB:      Yes Sir time to stack those bodies in from of Capitol Hill

[…]



E-Geezy:

[…]

BrotherHunter
Jack Phillips:    Also this 🎵.  So are the normies and "other" attendees going to push thru police lines and storm the capitol buildings?  A few million vs A few hundred coptifa should be enough.  I saw a few normie groups rush through police lines on the 12th.

Deplorable51:   cue the music…….."let the bodies hit the floor let the bodies hit the floor 🎵"

49.     Later on January 3, 2021, a different MOSD member posted a video message in which he remarked that the people effecting the stolen election had been "caught" and that by persisting, they were "gonna make the whole country stand up and fuckin' do bad things to bad people."

50.     On January 4, 2021, members of the MOSD exchanged additional messages that discussed attacking the Capitol on January 6, 2021. One MOSD member posted, "what would they do [if] 1 million patriots stormed and took the capital building. Shoot into the crowd? I think not." In response, one of the leaders of the MOSD wrote, "They would do nothing because they can do nothing."

51.     Enrique Tarrio was arrested upon his arrival in Washington, D.C. on January 4, 2021. Tarrio was charged with the destruction of the BLM banner on December 12, 2020, and the possession of two high-capacity magazines that were found in his possession during his arrest. Tarrio was released from jail on January 5, 2021. As part of the conditions of his release, Tarrio

was ordered to stay away from Washington, D.C., which meant that Tarrio would not be present in Washington, D.C. on January 6, 2021.

52.     In response to Tarrio's arrest, Fonticoba and other members of the MOSD were directed by MOSD leadership to leave the original MOSD member chat on Telegram. MOSD members were told that the MOSD members chat that included Tarrio would be "nuked" (*i.e.*, deleted). A new Telegram MOSD member chat was created that did not initially include Enrique Tarrio. Fonticoba was added to the group on January 4, 2021. Fonticoba and other MOSD members were told in Telegram messages from MOSD leadership that the rally on January 6 would be continuing.

53.     On January 5, 2021, Fonticoba was also added to a private message group on Telegram for Proud Boys who had traveled to Washington, D.C. The Telegram group was called "Boots on Ground."

54.     On January 5, 2021, at 5:25 p.m., MOSD leader Joe Biggs posted a message to the Boots on Ground group that read, "Just trying to get our numbers. So we can plan accordingly for tonight and go over tomorrow's plan." Approximately 30 minutes later, Biggs posted a message to the Boots on Ground group that read: "We are trying to avoid getting into any shit tonight. Tomorrow's the day" and then "I'm here with [Ethan Nordean] and a good group[.]"

55.     Fonticoba and other members of the MOSD were told to meet at the Washington Monument at 10 a.m. on January 6. MOSD members were told via Telegram that "[Ethan Nordean] is in charge, cops are the primary threat, don't get caught by them or BLM, don't get drunk until off the street." Members were told not to wear Proud Boys colors and instead to "[c]ome out [] as patriot!" The same instruction was issued in the Boots on Ground chat.

### *Gilbert Fonticoba's Participation in the January 6, 2021, Capitol Riot*

56.     On the morning of January 6, 2021, Fonticoba met a group of approximately one hundred Proud Boys members near the Washington Monument at 10 a.m. As instructed, Fonticoba did not wear any Proud Boys colors. Underneath his black jacket, however, Fonticoba was wearing a t-shirt that read, "ENRIQUE TARRIO DID NOTHING WRONG!" In the image below, which was captured later in the morning, Fonticoba is depicted standing between Biggs and Nordean.



57.     Shortly after 10 a.m., Nordean and Biggs marched the group away from the rally that was taking place near the Washington Monument. Nordean announced to the group that they were going to march to the Capitol. The group began marching east toward the Capitol. Fonticoba remained at or near the front of the marching group and close to Nordean and Biggs throughout the march.

58.     As the group marched toward the Capitol, Nordean and Biggs addressed the men, including Fonticoba, through a megaphone—telling them that in their view the police and government had failed them. As the group walked past the west side of the Capitol at approximately 11:20 a.m.—more than an hour prior to the initial breach—Nordean announced, "We represent the spirit of 1776. If you haven't noticed, real men are here. We know what the oath

is [unintelligible] to support and defend the Constitution . . . Let us remind those who have forgotten what that means." Fonticoba remained close behind Nordean and Biggs as the group marched past the guarded entrance near the Peace Monument. Fonticoba is seen below looking toward the Capitol and its perimeter fencing.



59.     A few minutes later, as the group marched past U.S. Capitol Police officers at approximately 11:28 a.m., Biggs gave the group of officers the middle finger, and the men marching with Biggs taunted them, yelling "treason," and warning the officers, "don't make us go against you." The marching group, including Fonticoba, continued to the east side of the Capitol. As the group stood on the east side of the Capitol, a Proud Boys member named Daniel Lyons Scott yelled out, "let's take the fucking Capitol." Scott was chastised and told not to "say" that. Fonticoba was present and observed all of this conduct. Fonticoba is pictured below next to Biggs just after Scott had called out, "let's take the fucking Capitol."



60.     Shortly before noon, Nordean and Biggs led the men, including Fonticoba, back to the west side of the Capitol to a group of food trucks located at approximately 2nd Street and Constitution Avenue NW, arriving at approximately 12:10 p.m. There the group stopped and waited for approximately thirty minutes. At approximately 12:45 p.m., fifteen minutes before the certification of the Electoral College vote was scheduled to start, Nordean mustered the men, including Fonticoba, into a column and marched them back towards the Capitol.

61.     Fonticoba and the marching group arrived at the Peace Circle, at the edge of the restricted portion of Capitol grounds, at approximately 12:50 p.m. Prior to their arrival, the Peace Circle was uncrowded and relatively peaceful. The First Street pedestrian entrance to the Capitol, which was approximately 100 feet away, was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

62.     Upon arriving at the Peace Circle, and as Fonticoba stood next to him, Biggs led the crowd in chants that included "USA!," "Where's Antifa", and "Whose Capitol? Our Capitol!"

63.     At 12:53 p.m., approximately one minute after Biggs led the "Whose Capitol? Our Capitol!" chant, the crowd surged forward towards a police barricade. As the crowd surged forward, Nordean and Biggs attempted to organize the men to stay with and follow them. Fonticoba joined them in this effort. As seen below, Fonticoba raised his hand in the air and made the Proud Boys hand-gesture. Fonticoba then grabbed Nordean's shoulder and followed Biggs and Nordean onto Capitol grounds.



Fonticoba was among the first wave of rioters to advance onto Capitol grounds.

64.     At approximately 12:54 p.m., after crossing over trampled police barricades, Fonticoba walked up the Pennsylvania walkway on the restricted grounds of the Capitol with Biggs, Nordean, and other men they had led to the Capitol. Biggs recorded himself and others, including Fonticoba, as they advanced toward the Capitol.



65.    Law enforcement officers retreated from the gates near the Peace Monument and attempted to form a police line to stop the rioters from advancing to the building. Fonticoba joined with other Proud Boys, including Nordean and Biggs, to form a stack formation and the stack then advanced to the front of the crowd. A still image from a video shows Fonticoba as part of the stack formation.



66.     The group, including Fonticoba, made their way to the front of the crowd. Fonticoba and the other members of the crowd were stopped at a waist-high black metal fence that had been bolted into the ground. Law enforcement officers had reformed a police line on the other side of the fence. Law enforcement officers commanded the members of the crowd to stop advancing on the Capitol and disperse.

67.     Fonticoba stood directly behind Biggs as Biggs combined with Nordean and others to tear down the black metal fence. After the fence segment in front of Biggs and Fonticoba had broken loose from a nearby post, Fonticoba reached forward, grabbed the fence, and assisted Biggs and others in pulling the fence down toward the ground as Officers S.C., S.P., and S.P.[1] attempted to stop the crowd from advancing past the barrier that officers were using to help control the crowd.

---

[1] Two officers with the initials "S.P." were present at this location.





68.     After assisting Biggs, Nordean, and others in pulling down the fence, Fonticoba
defied officers' commands to disperse. Fonticoba continued into the West Plaza of the Capitol.

Fonticoba stayed in close proximity to Biggs. They were among the first wave of rioters into the West Plaza.

69.     Shortly after arriving in the West Plaza, Fonticoba saw rioters assault law enforcement using chemical spray and hand-to-hand violence. Law enforcement eventually deployed less-than-lethal tactics to repel members of the crowd. At approximately 1:21 p.m., Fonticoba, Nordean, Biggs, and others moved away from the police line and began to regroup on the west lawn of the Capitol.

70.     While standing on the west lawn of the Capitol at approximately 1:28 p.m., Fonticoba appeared in a selfie-style video filmed by Joe Biggs. The following statements were captured in this video, in which Fonticoba smiled, displayed a Proud Boys' hand sign and displayed his assent to Biggs' statements by nodding and stating "woohoo!"

Biggs:          So, we just stormed the fucking Capitol!  Took the motherfucking place back.  [laughter]  That was so much fun!  Woo!

Individual 1:   So much America!  So much America!

Paul Rae[2]:    We have war boners!

Biggs:          January 6 will be a day in infamy!

---

[2] Paul Rae is a Proud Boys member from the Trigger City Chapter of the Proud Boys in Florida. Paul Rae marched to the Capitol with Fonticoba and the marching group led by Nordean and Biggs.



71.     At approximately 1:21 p.m., a Vice City Proud Boys member named Gabriel Garcia sent a message to Fonticoba on the Boots on Ground Telegram group and asked Fonticoba to provide his "current location." Fonticoba responded at 1:32 p.m. and said, "We are in front of the Capitol."   At 1:35 p.m., Fonticoba messaged "We are here and we got maze [sic] and hit with paint balls."  Fonticoba then sent the coordinates "38.889802, -77.011015," which resolve to the west lawn of the Capitol grounds near the location where the Biggs selfie video had been recorded.

72.     At approximately 1:44 p.m., Fonticoba began to move back toward the Capitol building with Nordean, Biggs and the other men from Biggs selfie-style video. The group again formed a stack formation and moved forward through the crowd to an area at the base of a set of concrete stairs that led to the Upper West Terrace. The image below shows the group near the base of the concrete stairs. Fonticoba is circled in yellow.



73.    In the area at the base of the concrete stairs, Fonticoba joined dozens of other Proud

Boys who had marched to the Capitol behind Nordean and Biggs. The nearby concrete stairs led

to the Upper West Terrace, which abutted the Capitol building and many doors and entrances to

that building. A small group of outnumbered officers guarded the entrance to the stairs. Scott, the

Proud Boy who had marched with Fonticoba and the other Proud Boys to the Capitol, initiated a

push by shoving two officers and pushing them up the stairs. Almost instantaneously thereafter,

the crowd overwhelmed the officers and pushed up the scaffolding. Fonticoba was among the

surge of rioters to move up the concrete stairs behind Scott. In fact, Fonticoba again remained

close to Biggs. As shown in the still image below, Fonticoba held onto Biggs's body armor as they advanced up the stairs in a line with two other men.



74.    Biggs and Fonticoba climbed up the stairs and underneath the scaffolding. However, law enforcement began to deploy less-than-lethal tactics against the rioters who were under the scaffolding. Fonticoba and Biggs descended the stairs. They reunited with Nordean and others on the lawn just north of the concrete stairs. From that position, they watched as the crowed eventually overwhelmed the line of officers and surged through the scaffolding and up the concrete stairs toward the Capitol building.

75.    Upon seeing the crowd advance toward the building, Fonticoba rushed back to the concrete stairs in an attempt to advance to the Capitol. Consistent with all of his movements on Capitol grounds, Fonticoba stuck close to Biggs.

76.    At approximately 2:10 p.m., Fonticoba helped Biggs climb a concrete wall to join other rioters who were advancing toward the Capitol building on the concrete stairs. In the image

below, Fonticoba can be seen lifting Biggs up by the leg while MOSD member Paul Rae looked on.



77. Biggs and Rae advanced up the staircase, and Fonticoba remained on the ground. Several minutes later, Fonticoba was able to get onto the concrete stairs. Once there, Fonticoba climbed to the top of the concrete stairs and rejoined Biggs and Rae on the Upper West Terrace near the Senate Wing Door of the Capitol.

78. At approximately 2:13 p.m., the windows to the left and right of the Senate Wing Door were shattered. Glass littered the ground both outside and inside the Capitol. The Senate Wing Door had been forced open, and a high-pitched alarm was ringing in the doorway. The certification proceedings in the Senate were put into recess, and Senators were advised that protestors were in the building. The certification proceedings in the House continued until approximately 2:29 p.m. when the House was also put into recess.

79.     Fonticoba entered the Capitol building with Biggs and Rae at approximately 2:14 p.m.—less than 90 seconds after the initial breach of the Capitol through the windows at the Senate Wing Door.

80.     Fonticoba's entrance into the Capitol was captured in a video taken by Rae.



As depicted in Rae's video, Fonticoba was in position to observe that rioters were entering the Capitol through broken windows on both sides of the Senate Wing Door. As Fonticoba entered the building, rioters were chanting, "Our House!" and a loud chirping alarm was sounding in the doorway.

81.     Video from Closed Circuit Cameras inside the building also captured Fonticoba's entrance into the Capitol with Biggs and Rae, as shown in the still capture below.



82.     Fonticoba, Biggs, and Rae continued further into the Capitol. Rae yelled out, "Let's go find Pelosi." Another rioter warned that there was "tear gas" being used in the building. In the image below, Fonticoba can be seen directly behind Joe Biggs inside the Capitol building with his mask up and goggles on.



83.    As Fonticoba, Biggs, and Rae approached a line of law enforcement officers, Rae exclaimed, "they're arresting people." Fonticoba abruptly retreated and became separated from Biggs and Rae.

84.     Fonticoba exited the Capitol building at approximately 2:16:30 p.m. through the Senate Wing Door.

85.     At 2:19:39 p.m., Fonticoba posted "We just stormed the capital [sic]" in the MOSD membership group on Telegram.

86.     At approximately 7:38 p.m., Fonticoba posted a message on Telegram in a chat for other Vice City Proud Boys. Fonticoba's message stated, "Fuck The Blue[.]"

87.     After leaving the Capitol, Fonticoba traveled to Baltimore, Maryland, where he reunited with Enrique Tarrio.

88.     On the evening of January 6, 2021, Fonticoba was present in a hotel room with Enrique Tarrio.  At around 9 p.m., as the television in the hotel room was tuned to Fox News, images of the riot at the Capitol and the efforts to reconvene the Joint Session were displayed on the screen. When a photograph of the Proud Boys marching across the mall to the Capitol was shown, Fonticoba pointed to himself on the screen and said "Look at me right back there."

89.     As Tarrio and Fonticoba continued to watch the television, images of the riot at the Capitol were displayed, along with images of elected representatives who were reconvening in the Capitol to certify the election. As these images were being shown, a commentator on the station stated, "we do not support those that commit acts of violence." Fonticoba spoke at the television and said, "Fuck you. You're a RINO [unintelligible] piece of shit." The commentator also condemned those who "storm[ed] the Capitol" and stated that "all of today's perpetrators must be arrested and prosecuted to the fullest extent of the law." To this last comment, Fonticoba responded, "Fuck you. Piece of shit."

90.     Shortly thereafter, while in Tarrio's hotel room, Fonticoba was overheard speaking on the telephone. Among other things, Fonticoba said, "We breached the fuckin' Capitol hill, brah. We breached the fuckin' Capitol building, brah. That shit was fuckin' intense as fuck, bro."

91.     On January 6, 2021, while in Tarrio's hotel room, Fonticoba posted a picture on Telegram along with a caption that read, "This is one of the bullet they shot us with today[.]"



92.     On January 6, 2021, Fonticoba upvoted another user's Parler post that advanced the false narrative that a "police officer led Antifa to Congress and performed a 'false flag operation' with the media." In fact, Fonticoba knew that outnumbered law enforcement officers at the Capitol had attempted to stop the rioters from advancing inside the building.

93.     Fonticoba breached the Capitol grounds and building, helped destroy the black metal fence, and interfered with officers who were trying to stop the crowd's advance because he wanted to stop the certification of the electoral college vote.

94.    On January 7, 2021, Fonticoba upvoted Enrique Tarrio's Parler post that read, in part: "To those that are currently being hunted by the tyrannical government and media...Unless you destroyed property or assaulted an officer...[…]..they can only charge you with trespassing. Do not let them scare you with anything else. This is the time to say FUCK THE SYSTEM."

95.    On January 14, 2021, Fonticoba identified and then reposted a message in a Telegram group for Vice City Proud Boys that included instructions on how to avoid surveillance by "LE and the feds." The full message is set forth below:



From: 697324247 G POYB

I know everyone in here is feeling wary as hell about the coming weeks and months.

But let's not jump at shadows but place our focus mainly on stuff that's within our control.

1) LE and the feds often go through the trash of the subjects of their investigation ("trash pull") so from here on out when it comes to any documents that are sensitive - or stuff like empty cardboard ammo/gun/optics boxes - burn them. Including any sales receipts you don't need. Same with gun catalogs, etc.

For stuff like plastic ammo dividers or unwanted ammo cans, toss them in a public dumpster where there are no cameras. Dump them anywhere except at your residence.

2) When traveling to and from your primary areas (domicile, workplace, work site, Church, whorehouse), vary both your travel routes and times of departure.

3) Beware of surveillance. Have the gear heads in each chapter routinely check underneath every members vehicles for tracking devices.

Experienced vehicular tails usually will try to follow you from a parallel lane or keep one vehicle in front of them.

Making four consecutive right turns will usually expose them. That will only work if there is a solo vehicle tailing you but, at this point, I doubt any of us will warrant multi-vehicle surveillance/tailing. Let's keep it that way.

Tell your passengers to be watchful for any tails.

4) Have cameras ready both at home and at club functions to take pics of any suspected stakeout unit at a moment's notice. In fact, at club meetings, it might be a good idea to have one or more trusted associates posted as sentries armed with cameras. If the meeting is going to be lengthy have them switch in shifts to keep them fresh and alert.

There are more trade craft stuff we can get into but is best discussed in person.

Main point here: be cautious and careful, not fearful.

1/14/2021 7:10:21 PM(UTC+0)

### *Elements of the Offense*

96.     With respect to Count One, Fonticoba knowingly and voluntarily admits to all the elements of obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2). Specifically, Fonticoba admits that he attempted to or did obstruct or impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.  Second, Fonticoba admits that he intended to obstruct or impede the official proceeding. Third, Fonticoba admits that he acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding. Fourth, Fonticoba admits that he acted corruptly. Fonticoba also admits he willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so.

97.     With respect to Count Two, Fonticoba further admits that, on January 6, 2021, at the U.S. Capitol, he knowingly committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with U.S. Capitol Police Officers S.C., S.P., and S.P. at the waist-high black metal fence. At the time he did so, the officers listed herein were engaged in the lawful performance of their official duties incident to and during a civil disorder. The civil disorder obstructed, delayed, or adversely affected commerce and the movement of any article or commodity in commerce, and the conduct or performance of a federally protected function, that is, the protection of former Vice President Michael Pence by the U.S. Secret Service.

98.     If the Court finds the existence of these facts beyond a reasonable doubt, the defendant stipulates that this evidence would establish each and every element of the charged offenses for Counts 1 and 2 of the Indictment.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _/s/ Jason McCullough_____
JASON B.A. MCCULLOUGH
NY Bar No. 4544953
DC Bar No. 998006
ASHLEY AKERS
MO Bar #69601

Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7233 //
Jason.McCullough2@usdoj.gov

DEFENDANT'S ACCEPTANCE

I, Gilbert Fonticoba, have read the foregoing Statement of Facts for Stipulated Trial, and I have discussed this proffer fully with my attorney, Aubrey Webb. I fully understand this Statement of Facts, and I accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully.

Date: 10/5/2023 _____

_____
Gilbert Fonticoba
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Statement of Facts with my client, Gilbert Fonticoba, and have fully discussed it with my client. I concur in my client's desire to adopt this Statement of Facts as true and accurate.

Date: 10/5/2023 _____

_Aubrey Webb_____
Aubrey Webb
Attorney for Defendant Gilbert Fonticoba