1**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-638 (TJK) |
| | : | |
| **v.** | : | |
| | : | |
| **GILBERT FONTICOBA,** | : | |
| | : | |
| **Defendant.** | : | |

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendant Gilbert Fonticoba, by and through counsel, hereby acknowledges that he will be waiving the following rights by proceeding with a Stipulated Trial:

1. The constitutional right to trial by jury. At a trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on behalf of the defendant.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so. However, if the defendant chose not testify, the Court would instruct the jury that the decision could not be used against the defendant.

5. At a jury trial, the defendant could not be convicted unless all 12 jurors agreed that the Government had proved the defendant's guilt beyond a reasonable doubt.

6. If convicted on Count Two of the Indictment (ECF 1), the violation of 18 U.S.C. § 231(a)(3), the defendant waives the right to appeal.

The defendant further acknowledges that, if he is not a citizen of the United States, his conviction could result in his deportation or have other immigration consequences.

If the Court grants leave to proceed with a Stipulated Trial, the defendant will give up these rights. The Court will consider the Statement of Facts and if it believes that the Government has proven your guilt beyond a reasonable doubt, the Court will find the defendant, Gilbert Fonticoba, guilty. The defendant's signature below means that the defendant, Gilbert Fonticoba, wishes to proceed by a Stipulated Trial and give up those rights.

The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect the defendant's right to appeal the legality, constitutionality, or applicability of Count 1 of the indictment, which charges a violation of 18 U.S.C. §§ 1512(c)(2) and 2.

_____   _____
GILBERT FONTICOBA                DATE

9/20/2023