UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GILBERTO FONTICOBA, )<br>)<br>)<br>Defendant. )<br>_____) | CRIMINAL ACTION NO.<br><br>1:21-CR-638 |

**UNOPPOSED MOTION TO TRAVEL OUT OF THE SOUTHERN DISTRICT OF FLORIDA TO THE MIDDLE DISTRICT OF FLORIDA**

Defendant Gilberto Fonticoba hereby moves for permission to travel and, in support of the motion, sets forth the following grounds.

## GROUNDS

1. Under his pretrial release conditions, Mr. Fonticoba cannot travel outside the Southern District of Florida without permission from the Court.

2. He asks this Court for permission to travel to, and stay in, Daytona Beach with friends from October 20-October 22 for the annual bike week hosted by the city. Daytona Beach is in the Middle District of Florida. Mr. Fonticoba has not traveled since his arrest.

3. Mr. Fonticoba will provide an itinerary to his Pretrial Officer and inform him of any other information he requires.

4. This Court can grant Mr. Fonticoba's request under 18 U.S.C. § 3142.

1

5. The Government was contacted for their position, and they defer to the Court and to Pretrial Services. Mr. Fonticoba's Pretrial Officer also defers to the Court.

## CONCLUSION

Based upon the foregoing, the Court should grant this motion.

Respectfully submitted,

/s/Aubrey Webb
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on October 17, 2023.

/s/Aubrey Webb