# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**CASE NO.: 21-CR-638**

    **Plaintiff,**

vs.

**GILBERT FONTICOBA**

    **Defendant.**

_____/

## ORDER

Upon consideration of the Motion to Stay Sentencing Hearing Pending the Supreme Court's Resolution of the Application of 18 U.S.C. § 1512, good cause having been shown, it is this_____ day of December, 2023, by the United States District Court for the District of Columbia, ORDERED:

1. That the Motion is hereby GRANTED.

_____
HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE