UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  CASE NO.: 21-CR-638

Gilberto Fonticoba,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR A CONTINUANCE OF SENTENCING

COMES NOW, the Defendant, Gilberto Fonticoba, and files this Motion to Continue his sentencing hearing set for January 11, 2024, and states the following grounds:

## GROUNDS

1. Mr. Fonticoba's sentencing hearing is currently set for January 11, 2024.

2. This Court has broad discretion in deciding to reset a sentencing in order to give a defendant time to prepare. *See, e.g., Morris v. Slappy*, 461 U.S. 1, 11, 103 S.Ct. 1610, 1616, 75 L.Ed.2d 610 (1983); *United States v. Haldeman*, 559 F.2d 31, 83-84 (D.C. Cir. 1976) (en banc) (per curiam), *cert. denied*, 431 U.S. 933, 97 S.Ct. 2641, 53 L.Ed.2d 250 (1977).

3. Mr. Fonticoba respectfully requests a 60-day to 90-day continuance in order to prepare and states there is good cause to do so. He needs to obtain more of his voluminous medical records. Further, the final PSR has not been provided to the

1

parties, and the parties' sentencing memoranda are due next week on January 4th. Critically, the draft of the PSR proposed three specific offense characteristics associated with 18 U.S.C. § 1512(c)(2), which increases Mr. Fonticoba's offense level from 14 to 27. Thus, counsel requests additional time for the substantial briefing, memoranda, and replies on the applicability of these enhancements.

    4. Mr. Fonticoba asserts this motion is made in good faith to prepare for sentencing. Additionally, as the Court is aware, he has been out on pretrial release since October 2021 without incident, and he has no criminal history.

    5. Counsel certifies he has conferred with the government, and they oppose any continuance of sentencing.

    WHEREFORE, Mr. Fonticoba respectfully moves this Court to reset the sentencing hearing for 60 or 90 days based on the foregoing.

    Respectfully submitted,

**/s/Aubrey Webb**
Law Offices of Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this December 30, 2023.

    /s/Aubrey Webb