UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO.: 21-CR-638

Gilberto Fonticoba,

    Defendant.
_____/

## NOTICE OF FILING OF ADDITIONAL CHARACTER LETTERS

GILBERTO FONTICOBA, by and through undersigned counsel, hereby gives Notice to this Honorable Court of the filing of additional character letters for sentencing. Counsel will provide the letters to the government and to chambers contemporaneously with this Notice.

Respectfully submitted,

**/s/Aubrey Webb**
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email: aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this January 9, 2023.

/s/Aubrey Webb