UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO.: 21-CR-638

Gilberto Fonticoba,

    Defendant.

_____/

## NOTICE OF FILING OF ADDITIONAL RECORDS

    GILBERTO FONTICOBA, by and through undersigned counsel, hereby gives Notice to this Honorable Court of the filing of additional records for sentencing. Counsel will provide the records to the government and to chambers contemporaneously with this Notice.

    Respectfully submitted,

    **/s/Aubrey Webb**
    55 Merrick Way, Suite 212
    Coral Gables, Florida 33134
    305-461-1116
    Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on

this January 10, 2024.

/s/Aubrey Webb