UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                                          CASE NO.: 21-CR-638

    Plaintiff,

vs.

GILBERT FONTICOBA,

    Defendant.

_____/

## MOTION TO WITHDRAW AND TO APPOINT APPELLATE COUNSEL

COMES NOW, the Defendant's counsel, and files this Motion to Withdraw and to Appoint Appellate Counsel, and states the following grounds:

## GROUNDS

1. Under Local Rule LCrR 44.5, the undersigned counsel requests leave to withdraw because the scope of his representation has concluded with the Court sentencing the Defendant on January 11, 2023.

2. Mr. Fonticoba qualifies for court-appointed representation, and he respectfully requests the Court appoint appellate counsel.

3. The Government opposes this motion until new counsel files a notice of appearance.

WHEREFORE, counsel respectfully moves to allow him to withdraw from this case, and for the Court to appoint appellate counsel .

Respectfully submitted,

/s/Aubrey Webb
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
305-461-1116
Email:  aubrey@aqwattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, on this 15TH day of January 2024.

/s/Aubrey Webb