UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CASE NO.: 21-CR-638

GILBERT FONTICOBA

      Defendant.

_____/

## MOTION TO WITHDRAW AND WAIVE APPELLTE FEE

COME NOW the Defendant, GILBERT FONTICOBA, who by and through undersigned counsel, and files this Motion to withdraw from representation and for the Court to waive all appellate fees, under Fed. R. App. P. 24(a)(1) and LCrD 44.5, in part, in the above-captioned case:

1. The Defendant claims he is entitled to redress the judgment and sentence in this case through a direct appeal.

2. He specifically intends the challenge the constitutionality and application of 18 USC § 1512, which he was convicted of, and expressly reserved his right to appeal this count in his written agreement with the Government. He also intends to appeal the offense characteristics that were applied to enhance his offense level at sentencing, and the Court's decision to not apply the new zero point offender reduction. Further, he reserves the right to appeal, in good faith, any

other meritorious issues.

3. The Defendant has previously submitted a completed form under the rules showing his inability to pay for, or give security for, the fees and costs for an appeal.

4. Counsel certifies that he informed Mr. Fonticoba of his intent to withdraw from the case and file this motion. In compliance with LCrD 44.5(d), counsel will serve this motion by U.S. mail and email to Mr. Fonticoba as detailed in the certificate of service below.

5. The Government previously stated they oppose the motion to withdraw until new counsel files a notice of appearance.

      WHEREFORE, it is respectfully requested that the Court grant this Motion allowing counsel to withdraw and waiving the appellate fees so Mr. Fontciboa can appeal in forma pauperis.

      RESPECTFULLY SUBMITTED,

/s/Aubrey Webb  
Law Offices of Aubrey Webb  
55 Merrick Way, Suite 212  
Coral Gables, Florida 33134  
305-461-1116  
Email:  aubrey@aqwattorney.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed to the Office of the Clerk, United States District Court, District of Columbia, 333 Constitution Ave., N.W. Washington D.C. 20001, Room 1225 and to the Office of the United States Attorney, 555 4th St N.W., Washington D.C. 20530, and to the Defendant's email and by U.S mail to Gilbert Fonticoba, 922 E 31 Str., Hialeah, FL 33013, on 24th January 2024.

/s/Aubrey Webb