*Amended Complaint*

GRANTED

/s/ Timothy J. Kelly  8/13/24
TIMOTHY J. KELLY  DATE
United States District Judge

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of COLUMBIA |
|---|---|
| Name (under which you were convicted): Gilbert Fonticoba | Docket or Case No: 21-cr-638-TJK |
| Place of Confinement: F.C.C. Coleman-Low | Prisoner No: 71241-509 |
| Movant   V. | United States of America |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
U.S. District Court For The District Of Columbia

   (b) Criminal docket or case number (if you know): 21-cr-638-TJK

2. (a) Date of the judgment of conviction (if you know): 1-11-24

   (b) Date of sentencing: _____

3. Length of sentence: 48-Months

4. Nature of crime (all counts): Aiding and Abetting in the Obstruction of an Official proceeding; Civil Disorder

5. (a) What was your plea: (Check one)
   (1) Not guilty ☐   (2) Guilty ☐   (3) Nolo contendere (no contest) ☑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

RECEIVED Mail Room
AUG - 5 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

FONTICOBA, GILBERT 71241509

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge Only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9. If you did appeal, answer the following:
    (a) Name of court: _Unknown_

   (b) Docket or case number (if you know): _____

   (c) Result: _Still Pending_

   (d) Date of result (if you know): _____

   (e) Citation of the case (if you know): _____

   (f) Grounds raised:


   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know):

      (2) Result:

      (3) Date of result (if you know):

      (4) Citation to the case (if you know):

      (5) Grounds raised:


10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court:

       (2) Docket of case number (if you know):

2

FONTICOBA, GILBERT 71241509

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:



(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐    No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you file any second motion, petition, or application, give the same information:
   (1) Name of court: _____

   (2) Docket of case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:



   (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes ☐    No ☐

   (7) Result: _____

   (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

   (1) First petition        Yes ☐    No ☐
   (2) Second petition       Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

3

FONTICOBA, GILBERT 71241509

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** ＊See Attachment＊

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

＊See Attachment＊

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
    Yes ☐   No ☐

  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☑

  (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _____
    Name and location of the court where the motion or petition was filed: _____
    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
    Yes ☐   No ☐

4

FONTICOBA, GILBERT 71241509

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket case number (if you know): _____

Date of the court's decision: _____

Result: (attach a copy of the court's opinion or order if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

5

FONTICOBA, GILBERT 71241509

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
   Yes ☐   No ☐

(6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:


   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND THREE:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

FONTICOBA, GILBERT 71241509

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes", state:
   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes ☐   No ☐

   (6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):

FONTICOBA, GILBERT 71241509

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND FOUR:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):




(b) **Direct Appeal of Ground Four:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
    Yes ☐  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:


(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:_____
    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐  No ☐

8

FONTICOBA, GILBERT 71241509

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐   No ☐

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Grounds One through Four have not been presented in any federal Court because the facts supporting these claims just became known to me.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☒   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised: Unknown


15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Aubrey Webb
(b) At arraignment and plea: Aubrey Webb
(c) At trial: Aubrey Webb

9

FONTICOBA, GILBERT 71241509

(d) At sentencing:_____

(e) On appeal:_____

(f) In any post-conviction proceeding:_____

(g) On appeal from any ruling against you in a post-conviction proceeding:_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [✓]   No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes [ ]   No [✓]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date of the other sentence was imposed:_____

   (c) Give the length of the other sentence:_____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes [ ]   No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.*
(see below)_____

This Motion is timely.

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §2255, paragraph 6, provides in part that:

   A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

FONTICOBA, GILBERT 71241509

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief: Vacate my convictions and sentences and issue an Order Commanding my immediate release from prison,

or any other relief to which movant is entitled.

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __7/28/2024__.
(month, date, year)

Executed (signed) on __7/28/2024__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

11

FONTICOBA, GILBERT 71241509

RECEIVED Mail Room AUG - 5 2024 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

# * ATTACHMENT *

## Ground One:

In Light Of The United States Supreme Court's Findings In Fischer v. United States (2024), My Sentence For Violating 18 U.S.C. §1512 Is No Longer Valid.

## Supporting Facts:

In Fischer, the Supreme Court found that the that Fischer, and myself, allegedly committed on January 6, 2021 do not constitute violations of 18 U.S.C. §1512.

## Ground Two:

The Facts I Stipulated To In The "Joint Statement Of Elements" Does Not Prove Beyond A Reasonable Doubt That I Am Guilty Of Every Element Of The Crimes Of Which I Was Charged, As Constitutionally Required By The Fourteenth Amendment To The United States Constitution.

## Supporting Facts:

As a review of the stipulated joint statement of elements reveals, it is devoid of any facts that prove that Nordean or Biggs:

1. acted corruptly; or

2. Committed, or attempted to commit, an act that obstructed, impeded, or interfered with a law enforcement officer while present on the grounds of the Capitol.

Ground Three:

My Offense Level Computation Score Must Be Reduced By 8-Levels Because The Government Did Not Meet Its Burden Of Proving That I Aided and Abetted In The Alleged Destruction Of The "Waist-High Black Metal Fence".

Supporting Facts:

As a review of the joint statement of elements reveals, it is devoid of any facts that prove that the section of the black metal fence of which I allegedly held, was, in fact, the section of fence that was destroyed.

Ground Four:

My Offense Level Computation Score Must Be Reduced By 2-Levels Because The Offenses Of Which I Was Charged Do Not Involve The Destruction, Alteration, or Fabrication Of A Substantial Number Of Records, Documents, or Tangible Objects.

13

<u>Supporting Facts</u>:

As a review of the "Offense Conduct" section in the Pre-Sentence Investigation Report shows, the destruction of records, documents, or tangible objects did not occur in this case.