United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Gilbert Fonticoba,<br><br>   Defendant. | Case No. 1:21-cr-00638-TJK-1 |

## NOTICE OF APPEARANCE

 NOTICE is hereby given that Assistant Federal Public Defender, JoNell Thomas, will serve as co-counsel for the above captioned defendant.

 Counsel's address is as follows:

  Federal Public Defender
  411 E. Bonneville Ave. Suite 250
  Las Vegas, NV  89101

**Dated:** August 30, 2024.    Respectfully submitted,

           RENE L. VALLADARES
          Federal Public Defender

      By:

        */s/JoNell Thomas*
        JONELL THOMAS
        Assistant Federal Public Defender
        Attorney for Gilbert Fonticoba

## Certificate of Electronic Service

I hereby certify on the 20th day of March 2024 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Jeremy Kip*

Employee of the Federal Public Defender