Leave to file GRANTED
TIMOTHY J. KELLY    DATE
United States District Judge
10/22/24

RECEIVED
Mail Room
OCT 15 2024
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

United States District Court
District of Columbia

Gilbert Fonticoba
            v.
United States Of America       Case No. 21-CR-00638-TJK

## Motion Of Notice

Petitioner, Gilbert Fonticoba, pro se, and respectfully files this Motion of Notice to this Honorable Court.

The purpose of this Notice is to inform the Court of the following:

1. Petitioner objects to the court holding his pending §2255 motion in abeyance;

2. Petitioner wants the court appointed attorney removed from representing Petitioner in these §2255 proceedings. Petitioner will remain pro se throughout these proceedings; and

3. Petitioner requests that his Reply to the Governments' Response to the Motion to Vacate be filed and entered into the record of these proceedings.

Respectfully submitted by: _____
                Dated: 10/4/2024