UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 21-CR-638 (TJK) |
| v. | : | |
| | : | |
| **GILBERT FONTICOBA,** | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR EXTENSION OF TIME**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court for additional time in which to file the status report with the Court in response to the Minute Order dated January 29, 2025. Undersigned counsel will be on personal travel and preparing for oral argument before the D.C. Court of Appeals, and will need additional time to consult with counsel and prepare a response to address the Court's query regarding the effect of the Presidential Pardon on the defendants' motion to vacate pursuant to 28 U.S.C. § 2255. The government proposes to submit a status report on or before February 28, 2025.

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:  /s/ *Daniel Lenerz*
Daniel Lenerz
D.C. Bar No. 888283905
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7027
Daniel.Lenerz@usdoj.gov