# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>v.<br><br>Gilbert Fonticoba,<br><br>     Defendant. | Case No. D.C. No. 1:21-cr-00638-TJK-1 |

### Joint Status Report Regarding Defendant's [88] Amended Motion to Vacate under 28 U.S.C. § 2255

Under this Court's Minute Order of January 29, 2025, the parties file this joint report regarding whether Defendant's [88] Amended Motion to Vacate under 28 U.S.C. § 2255 is moot given President Trump's pardon of Defendant.

The parties agree that, because the President has pardoned the defendant and this Court has vacated his convictions, this matter is moot and should be dismissed. *See e.g., Lorance v. Commandant*, 13 F.4th 1150, 1165 (10th Cir. 2021) (explaining that a case "would become moot" if the court vacated the convictions of a defendant who was

pardoned because, at that point, "the court would be unable to grant any further relief").

Dated: February 26, 2025.

                              Respectfully submitted,

                              RENE L. VALLADARES
                              Federal Public Defender

                              */s/ Wendi L. Overmyer*
                              WENDI L. OVERMYER
                              Assistant Federal Public Defender

                              JONELL THOMAS
                              Assistant Federal Public Defender
                              411 E. Bonneville, Suite 100
                              Las Vegas, NV 89101

                              EDWARD R. MARTIN, JR
                              United States Attorney

                              */s/ Daniel J. Lenerz*
                              DANIEL J. LENERZ, DC # 888283905
                              Assistant United States Attorney
                              601 D Street NW
                              Washington, D.C. 20530